## In re GRAND JURY PROCEEDINGS.

### Appeal of James Terrell KNIGHT, Grand Jury Witness.

No. 78–3556
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Jan. 9, 1979.

Claude W. Hicks, Jr. (Court-appointed), Macon, Ga., for appellant.

D. L. Rampey, Jr., U. S. Atty., William G. Boyd, Asst. U. S. Atty., Macon, Ga., for appellee.

Before RONEY, GEE and FAY, Circuit Judges.

PER CURIAM:

Appellant asserts that collateral consequences of his civil contempt conviction for refusing to furnish handwriting exemplars to a grand jury—the tolling of a previous sentence being served by him—prevent a subsequent order vacating that conviction from thereby rendering this appeal moot. Agreeing, we affirm the conviction. *United States v. Mara,* 410 U.S. 19, 93 S.Ct. 774, 35 L.Ed.2d 99 (1973); *cf. United States v. Dionisio,* 410 U.S. 1, 93 S.Ct. 764, 35 L.Ed.2d 67 (1973).

AFFIRMED.

---

* Rule 18, 5 Cir.; *see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al.,* 5 Cir., 1970, 431 F.2d 409, Part I.